1 | CUAUHTEMOC ORTEGA (Bar No. 257443)
Interim Federal Public Defender
2 | Christy O'Connor (Bar No. 250350)
(E-Mail: christy_ocana@fd.org)
3 | Deputy Federal Public Defender
321 East 2nd Street
4 | Los Angeles, California 90012-4202
Telephone: (213) 894-2854
5 | Facsimile: (213) 894-0081

6 | Attorneys for Defendant

FILED
CLERK, U.S. DISTRICT COURT
SEP 17 2020
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

20-MJ-04450

| UNITED STATES OF AMERICA, | Case No. 20-30114-SMY |
|---|---|
| Plaintiff, | |
| v. | **ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS** |
| Robert Smith, | |
| Defendant. | |

I, the above defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or contact me seeking waiver of any rights, unless my counsel is present.

_____ for R. Smith          C. O'Connor
(Defendant's signature)               (Attorney's name printed)

                                     _____
Date: 9/17/20   Time: _____        (Attorney's signature)